372 A.2d 422
Commonwealth v. Hart, Appellant.

Submitted June 9, 1975. Roger J. Harrington, and O'Brien and O'Brien, for appellant; Daniel P. McElhatton, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order is reversed and the case remanded with instructions that appellant be given leave to file post-trial motions *nunc pro tunc*. See

Commonwealth v. Agie, 449 Pa. 187, 296 A.2d 741 (1972); Commonwealth v. Bittner, 441 Pa. 216, 272 A.2d 484 (1971); Petition for reargument refused February 28, 1977.